IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-10351

_____

D.C. Docket No. 9:14-cr-80117-KLR-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDDY WILMER VAIL-BAILON,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in

favor of granting rehearing en banc, it is ORDERED that this case will be reheard

en banc.  The panel's opinion is VACATED.